## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RIMA ABRAHAM,

      Plaintiff,                      Case No.: _____

v.

RADIUS GLOBAL SOLUTIONS LLC,

      Defendant.
_____/

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Radius Global Solutions LLC ("RGS"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this civil case is proper because:

      1.     RGS is a named defendant in this civil action filed by plaintiff, Rima Abraham, ("plaintiff"), in the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, titled *Rima Abraham v. Radius Global Solutions LLC,* Case No.: 05-2021-CC-053480-XXXX-XX (hereinafter the "State Court Action").

2. RGS removed this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with plaintiff's Complaint on December 22, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Eighteenth Judicial Circuit, in and for Brevard County, Florida.

WHEREFORE, Defendant, Radius Global Solutions LLC, hereby removes to this Court the State Court Action.

Dated: January 18, 2022

                Respectfully Submitted,

                */s/ Michael P. Schuette*
                Michael P. Schuette, Esq.
                Florida Bar No. 0106181
                Dayle M. Van Hoose, Esq.
                Florida Bar No. 0016277
                SESSIONS, ISRAEL & SHARTLE, LLC

        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2472
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Radius Global Solutions LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

        Jibrael S. Hindi, Esq.
        Thomas J. Patti, III, Esq.
        The Law Offices of Jibrael S. Hindi
        110 SE 6th Street, Suite 1744
        Fort Lauderdale, FL 33301
        jibrael@jibraellaw.com
        tom@jibraellaw.com


        */s/ Michael P. Schuette*
        Attorney