UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RIMA ABRAHAM,**

    **Plaintiff,**

v.                                               Case No. 6:22-cv-108-CEM-EJK

**RADIUS GLOBAL SOLUTIONS, LLC,**

    **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 13), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record